No. 95–1726. UNITED STATES *v.* LABONTE ET AL. C. A. 1st Cir. [Certiorari granted, *ante,* p. 1016.] Motion of respondent George LaBonte for appointment of counsel granted, and it is ordered that John A. Ciraldo, Esq., of Portland, Me., be appointed to serve as counsel for respondent George LaBonte in this case. Motion of respondent Alfred Lawrence Hunnewell for appointment of counsel granted, and it is ordered that Michael C. Bourbeau, Esq., of Boston, Mass., be appointed to serve as counsel for respondent Alfred Lawrence Hunnewell in this case. Motion of respondent Stephen Dyer for appointment of counsel granted, and it is ordered that Peter Goldberger, Esq., of Ardmore, Pa., be appointed to serve as counsel for respondent Stephen Dyer in this case.

AUGUST 5, 1996

No. D–1692. IN RE DISBARMENT OF KIELY. Dan Ray Kiely, of Vero Beach, Fla., having requested to resign as a member of the Bar of this Court, it is ordered that his name be stricken from the roll of attorneys admitted to the practice of law before this Court. The rule to show cause, issued on June 17, 1996 [*ante,* p. 1002], is discharged.

No. D–1699. IN RE DISBARMENT OF BARR. Bonnie Jean Barr, of La Habra, Cal., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring her to show cause why she should not be disbarred from the practice of law in this Court.

No. D–1700. IN RE DISBARMENT OF HENRY. Val Arturo Henry, of Brooklyn, N. Y., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1701. IN RE DISBARMENT OF SCHIMENTI. Charles M. Schimenti, of Jersey City, N. J., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.